FILED
2026 Oct-07 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

PWW/JMH: OCT 2026
HBO GJ #3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ANTHONY ELIJAH SLOTA,** | ) |
| | ) |
| **Defendant.** | ) |

# INDICTMENT

## COUNT ONE:
***Possession of Unregistered National Firearms Act Weapon***
**[26 U.S.C. §§ 5841, 5861(d) and 5871]**

The Grand Jury charges that:

On or about September 10, 2026, in Madison County, within the Northern District of Alabama, the defendant,

**ANTHONY ELIJAH SLOTA,**

knowingly possessed a firearm, that is a Sportsman 12 Pump 12-gauge shotgun, with a barrel less than 18 inches, not registered to SLOTA in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**NOTICE OF FORFEITURE**
**[26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)]**

The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c). Upon conviction of the offense in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 set forth in Count One of this Indictment, the defendant,

**ANTHONY ELIJAH SLOTA,**

shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to a Sportsman 12 Pump 12-gauge shotgun (Serial Number: W063448M).

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*/s/ electronic signature*
FOREPERSON OF THE GRAND JURY

PHILLIP W. WILLIAMS JR.
UNITED STATES ATTORNEY

*/s/ electronic signature*
JOHN M. HUNDSCHEID
Assistant United States Attorney